# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chen, Pamela K. | U.S. District Court for the Eastern District of New York | 08/02/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge | ✓ Nomination  Date 08/02/2012 <br> ☐ Initial  ☐ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 07/30/2012 |

**7. Chambers or Office Address**

United States Attorney's Office for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✓ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2012 | New York University Law School: Clinical Professor for the Eastern District of New York Prosecution Clinic, Fall 2012 and Spring 2013 |
| 2. | |
| 3. | |

# FINANCIAL DISCLOSURE REPORT

## Page 2 of 7

Name of Person Reporting

Chen, Pamela K.

Date of Report

08/02/2013

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|------|-----------------|------------------------------|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. |  |
| 2. |  |
| 3. |  |
| 4. |  |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|--------|-------|----------|---------|------------------------|
| 1. Exempt |  |  |  |  |
| 2. |  |  |  |  |
| 3. |  |  |  |  |
| 4. |  |  |  |  |
| 5. |  |  |  |  |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vanguard 500 Index Fund | D | Dividend | L | T | Exempt | | | | |
| 2. Citibank cash accounts | A | Interest | L | T | | | | | |
| 3. Brokerage Account #1 | | | | | | | | | |
| 4. - iShares MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 5. - iShares Russell 2000 Index Fund | C | Dividend | J | T | | | | | |
| 6. - iShares Morningstar Mid Core Index Fund | C | Dividend | J | T | | | | | |
| 7. - SPDR S&P Midcap 400 ETF Trust | D | Dividend | K | T | | | | | |
| 8. - SPDR S&P 500 ETF Trust | D | Distribution | K | T | | | | | |
| 9. - Wisdom Tree Earnings 500 Fund | C | Dividend | K | T | | | | | |
| 10. - Vanguard Intermediate-Term Tax-Exempt Fund | B | Dividend | K | T | | | | | |
| 11. - Bristol Myers Squibb Co. common stock | C | Dividend | K | T | | | | | |
| 12. - Citigroup common stock | | None | K | T | | | | | |
| 13. - Duke Energy Corp. common stock | B | Dividend | J | T | | | | | |
| 14. - Frontier Communications Corp. common stock | | None | J | T | | | | | |
| 15. - Verizon common stock | D | Dividend | K | T | | | | | |
| 16. IRA #1 | | | | | | | | | |
| 17. - American Funds American Balanced C | A | Dividend | J | T | | | | | |

1. Income Gain Codes. A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
    P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | American Funds Capital World G/I C | A | Dividend | J | T | | | | | |
| 19. | American Funds American Mutual C | A | Dividend | J | T | | | | | |
| 20. | | | | | | | | | | |
| 21. | | | | | | | | | | |
| 22. | | | | | | | | | | |
| 23. | | | | | | | | | | |
| 24. | | | | | | | | | | |
| 25. | | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000
  | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000
  | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000
  | P3 = $25,000,001 - $50,000,000 | P4 - More than $50,000,000

3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market
  | U = Book Value | V = Other | W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Pamela K. | 08/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The teaching contract reported in Section II will not take effect until September 2012. As of the date of this report, I have not received any compensation pursuant to this contract or any other compensation from the New York University Law School. Should I be confirmed as a United States District Court Judge, I will withdraw from this contract, which requires that the teacher be an Assistant United States Attorney.

# FINANCIAL DISCLOSURE REPORT

Page 6 of 7

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Pamela K. | 08/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The teaching contract reported in Section II will not take effect until September 2012. As of the date of this report, I have not received any compensation pursuant to this contract or any other compensation from the New York University Law School. Should I be confirmed as a United States District Court Judge, I will withdraw from this contract, which requires that the teacher be an Assistant United States Attorney.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Pamela K. Chen

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 130 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities – see schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 420 | 708 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 264 | 975 |
| Real estate owned – personal residence | 1 | 500 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 35 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | 1 | 132 | 432 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 264 | 975 |
| | | | | Net Worth | 3 | 953 | 165 |
| Total Assets | 4 | 218 | 140 | Total liabilities and net worth | 4 | 218 | 140 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |